FILED 7 JUL '16 14:43 USDC-ORP

Name, Address,
E-mail, & Phone

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

Plaintiff(s),
Father's & Daughters Nevada, LLC

v.

Defendant(s).
Doe-76.105.177.33

Case No.: 3:16-cv-927-SI

MOTION FOR APPOINTMENT
OF PRO BONO COUNSEL

I, Sita Loomis "Farmer", move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☐ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☑ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below): Our family income is below the poverty line for a family of three. Also we are expecting another child at the end of September.

I need appointed counsel to assist me because (describe below):

I have recieved a subpoena
Infringement of: Fathers & Daughters

_Sita Loomis_          _July 1st, 2016_
Signature              Date

_Sita Loomis_
Printed Name

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?** ☐ Yes ☑ No

   If you answered yes, where are you are incarcerated? _____

2. **Are you currently employed?** ☐ Yes ☑ No

   **If you are employed:**

   List your employer's name: _____

   List your employer's address: _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

   **If you are not employed:**

   Name your last employer: _Student_

   Last employer's address: _____

   Date of last employment: _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

3. **Is your spouse or significant-other employed?** ☑ Yes ☐ No ☐ Not Applicable

   Name of employer: _New Renaissance Bookshop_

   Employer's address: _1338 NW 23rd Ave._
   _Portland, OR 97210_

   Date of last employment: _currently employed_

   Amount of take-home pay: $_11_ per _hr._ (hour, day, week, month)

4. **Have you received money from any of the following sources in the last 12 months?**

   - **Business, professions, or other self-employment:**

     ☑ Yes   Amount Received: $_1000_   Amount expected in future: $_0_
     ☐ No    _provided childcare._

   - **Rent payments, interest, or dividends:**

     ☐ Yes   Amount Received: $_____   Amount expected in future: $_____
     ☑ No

- **Pensions, annuities, or life insurance payments:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☒ No

- **Disability or workers compensation payments:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☒ No

- **Gifts or inheritances:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☒ No

- **Any other sources:**

  ☐ Yes    Amount Received: $_____    Amount expected in future: $_____

  ☒ No

5. Do you have cash or savings accounts, including prison trust accounts?

   ☐ Yes    Total amount: $_____

   ☒ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☒ Yes (describe below)  ☐ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| automobile | Toyota 2012 | 22,000 |
|  |  |  |
|  |  |  |
|  |  |  |

7. Do you have any other assets?  ☐ Yes (describe below)  ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☑ Yes (describe below) ☐ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| Housing Rent | 2,000 |
| Gas | 60.00 |
| Utilities | 300.00 |
| Insurance | 125.00 |
| Car payment | 350.00 |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| ML | child | all expenses 3,000 ≈ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

10. Do you have any debts or financial obligations? ☑ Yes (describe below) ☐ No

Student Loan Debt.

Signature: Sita Loomis "Farmer"
Date: July 7st, 2016
Printed Name: Sita Loomis