Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC,**<br><br>                Plaintiff,<br>v.<br><br>**DOE-76.105.177.33,**<br><br>                Defendant. | Case No.: 3:16-cv-00927<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>LR 83-11(b) |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83-11(b) notice is provided of the withdrawal of Drew P. Taylor, OSB No. 135974, formerly of Crowell Law.

Carl D. Crowell remains counsel of record for plaintiff.

DATED: August 15, 2016.                    CROWELL LAW

*s/ Drew P. Taylor*
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
(503) 581-1240
Of attorneys for plaintiff